**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINSTON and DAVID BUEHLER, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>SAFELITE GROUP, INC.,<br><br>              Defendant. | CASE NO. 3:26-cv-00739-JD<br><br>DECLARATION OF RAJIV V. THAIRANI IN SUPPORT OF MOTION TO DISMISS |

I, Rajiv V. Thairani, declare as follows:

1.     I am an attorney licensed to practice law in the State of California and an associate at Gutride Safier. I have personal knowledge of the facts set forth in this Declaration and could and would competently testify to them if called upon to do so.

2.     Attached as **Exhibit A** is a true and correct copy of this Court's February 26, 2026 Minute Order in *Echeverria-Corzan v. Torrid LLC*, No. 3:25-cv-06926-JD (ECF No. 35).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 22, 2026.

*/s/Rajiv V. Thairani*
Rajiv V. Thairani, Esq.