**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINSTON and DAVID BUEHLER, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>SAFELITE GROUP, INC.,<br><br>        Defendant. | Case No. 3:26-cv-00739-JD<br><br>Hon. James Donato<br><br>**NOTICE OF DISMISSAL OF PLAINTIFF DAVID BUEHLER'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

- 1 -
NOTICE OF DISMISSAL – CASE NO. 3:26-CV-00739-JD

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because Defendant has not served an answer or a motion for summary judgment as to his claims, Plaintiff David Buehler, by and through his counsel, hereby dismisses his claims without prejudice. This dismissal does not affect the rights or claims of the remaining Plaintiff, Michael Winston.

Dated: May 28, 2026

**GUTRIDE SAFIER LLP**


*/s/Rajiv V. Thairani*

Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Rajiv V. Thairani (State Bar No. 344390)
  rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*