SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
WYNTER L. DEAGLE, Cal Bar No. 296501
wdeagle@sheppard.com
ANNE-MARIE D. DAO, Cal Bar No. 282632
adao@sheppard.com
TERESA R. MORIN, Cal Bar No. 351874
tmorin@sheppard.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:    858.720.8900
Facsimile:    858.509.3691

SAMUEL Z. HYAMS-MILLARD, Cal Bar No. 317941
shyams-millard@sheppard.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
Safelite Group, Inc.

GUTRIDE SAFIER LLP
SETH A. SAFIER, Cal Bar No. 197427
seth@gutridesafier.com
MARIE A. MCCRARY, Cal Bar No. 262670
marie@gutridesafier.com
TODD KENNEDY, Cal Bar No. 250267
todd@gutridesafier.com
RAJIV THAIRANI , Cal Bar No. 344390
rajiv@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Defendants Michael Winston and
David Buehler, individuals, on behalf of
themselves, the general public, and those
similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MICHAEL WINSTON and DAVID BUEHLER, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>SAFELITE GROUP, INC.,<br><br>      Defendant. | Case No. 3:26-cv-00739-JD<br><br>**STATEMENT RE SELECTION OF ADR PROCESS**<br><br>Judge:    James Donato<br><br>Trial Date:              Not Set |

-1-

Plaintiffs Michael Winston and David Buehler, individuals, on behalf of themselves, the general public, and those similarly situated, ("Plaintiffs") and Defendant Safelite Group, Inc. ("Safelite") submits the following status report re selection of the ADR process:

**<u>Plaintiffs' Statement</u>**

Plaintiffs are willing to participate in mediation. Plaintiffs have reached out to several mediators and proposed potential mediation dates to Defendant in June and July. Plaintiffs propose a mediation deadline of August 31, 2026.

**<u>Defendant's Statement:</u>**

Safelite has received Plaintiffs' settlement demand and is conducting a thorough evaluation of its merits.  While Safelite does not oppose ADR in principle, it believes that mediation should proceed only when the parties have a realistic basis for reaching agreement, and Safelite is not yet in a position to determine whether that threshold has been met.

Dated: May 28, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____ */s/ Anne-Marie D. Dao*
WYNTER L. DEAGLE
ANNE-MARIE D. DAO
SAMUEL Z. HYAMS-MILLARD
TERESA R. MORIN
Attorneys for Defendant Safelite Group, Inc.

Dated: May 28, 2026

GUTRIDE SAFIER LLP

By _____ */s/ Rajiv Thairani*
SETH A. SAFIER
MARIE A. MCCRARY
TODD KENNEDY
RAJIV THAIRANI
Attorneys for Plaintiffs

**ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 28, 2026

By      _/s/ Anne-Marie D. Dao_
Anne-Marie D. Dao

Case No. 3:26-cv-00739-JD
STATEMENT RE SELECTION OF ADR PROCESS