# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  May 21, 2026                                                    Judge:  Hon. James Donato

Time:  6 Minutes

Case No.        **C-26-00739-JD**
Case Name       **Michael Winston v. Safelite Group, Inc.**

Attorney for Plaintiff:          Rajiv V. Thairani
Attorney for Defendant:          Julie C. Anderson

Deputy Clerk:  Jean Davis                                    Court Reporter:  Marla Knox

## PROCEEDINGS

Motion Hearing and Case Management Conference -- Held

## NOTES AND ORDERS

Defendant Safelite Group's motion to dismiss, Dkt. No. 14, is denied.  The Court adopts the order on the motion to dismiss in *Echeverria-Corzan v. Torrid LLC*, Case No. 3:25-cv-06926-JD, Dkt. No. 35, which resolved identical issues.

Plaintiffs are directed to file by May 28, 2026, a statement regarding whether plaintiff David Buehler will remain a named plaintiff in the case.

The parties will file by May 28, 2026, a joint designation of an ADR mechanism.

The Court will issue a scheduling order.  The parties are directed to follow their jointly proposed schedule, Dkt. No. 23 at 10, in the interim.